UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER MCSWAIN,

    Plaintiff,

v.                                                                                 Case No. 08-C-363

DIVINE SAVIOR HOSPITAL, et al.,

    Defendants.

**ORDER**

Plaintiff McSwain, who is proceeding pro se, lodged a complaint styled "writ of mandamus." Pursuant to 28 U.S.C. § 1915(g), the plaintiff is on this court's "three strikes" list for having brought three or more frivolous or otherwise unmeritorious civil actions. The filing does not set forth any basis for the "imminent danger" exception to § 1915(g), and accordingly the plaintiff would ordinarily be required to pay the full filing fee before proceeding.

A more central problem is that the filing states no basis for federal relief. It describes a dispute the plaintiff has about payment for medical care, and such a dispute has no place in federal court. Accordingly, the case will be **DISMISSED**, and the plaintiff is warned that further frivolous filings may result in additional sanctions.

**SO ORDERED** this   1st   day of May, 2008.

                                                             s/ William C. Griesbach
                                                             William C. Griesbach
                                                             United States District Judge